**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ANDREW HOFFMAN,

                            Plaintiff,

          - against -

NASSAU COUNTY POLICE
DEPARTMENT, OFFICER EILEEN
RYAN, FIRST DEPARTMENT, SHIELD
NUMBER 1829; OFFICER DUANE
SEABROOKS, NASSAU COUNTY
HIGHWAY PATROL, SHIELD NUMBER
1846; OFFICER NOEL CLIFFORD, SHIELD
NUMBER 432, FIRST PRECINCT;
LIEUTENANT DANIEL JAY GALLAGHER,
JOHN DOES,

                            Defendants.

**JUDGMENT**

CV-06-1947 (SJF)

------------------------------------------------------------X

      An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on April 30, 2008, denying plaintiff's motion to amend, and granting Defendant Officers' motion pursuant to Federal Rule of Civil Procedure 12 ( c ) to dismiss plaintiff's complaint, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's motion to amend is denied; and that the Defendant Officers' motion to dismiss plaintiff's complaint pursuant to Rule 12 ( c ) is granted.

Dated: Central Islip, New York
         April 30, 2008

                                                  ROBERT C. HEINEMANN
                                                CLERK OF THE COURT

                                 By:    /s/ Lorraine Sapienza
                                            Deputy Clerk